# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07- *119 UNA* |
| HECTOR CISNEROS, | : |
| Defendant. | : |



REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

```
F I L E D
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

### COUNT ONE

On or about June 29, 2007, in the State and District of Delaware, the defendant herein, HECTOR CISNEROS, an alien and subject of Mexico, who had been removed from the United States on or about May 5, 2006 and July 6, 2006, was found in the United States, the defendant was knowingly in the United States, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented

to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: September 4, 2007