## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-119 |
| | ) | |
| HECTOR CISNEROS | ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, HECTOR CISNEROS as a result of the Indictment returned against him on September 4, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:    /s/Lesley F. Wolf
       Lesley F. Wolf
       Assistant United States Attorney

Dated:   September 12, 2007

AND NOW, this ___12__ day of ___September___, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Hector Cisneros.

Honorable Mary Pat Thynge
United States Magistrate Judge

FILED

SEP 12 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-119 |
| | ) | |
| HECTOR CISNEROS | ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, HECTOR CISNEROS as a result of the Indictment returned against him on September 4, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:    /s/Lesley F. Wolf
       Lesley F. Wolf
       Assistant United States Attorney

Dated:   September 12, 2007

AND NOW, this ___12___ day of ___September___, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Hector Cisneros.

Honorable Mary Pat Thynge
United States Magistrate Judge

FILED

SEP 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE