IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              :
                                       :
          Plaintiff,                   :
                                       :
     v.                                :        Criminal Action No. 07-119 JJF
                                       :
HECTOR CISNEROS,                       :
                                       :
          Defendant.                   :

**O R D E R**

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Tuesday, July 8, 2008 at 12:15 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

June 11, 2008
     DATE                              UNITED STATES DISTRICT JUDGE