UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| | ) Cr. No. CR 07-119-GMS. |
| v. | ) |
| HECTOR CISNEROS | ) |
| Defendant | ) |

### ORDER

This **12th** day of **JUNE**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **JUNE 26, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
    United States Attorney

FILED

JUN 1 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE