IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-119 JJF |
| HECTOR CISNEROS, | : |
| Defendant. | : |

### O R D E R

WHEREAS, on July 8, 2008, the Court held a Scheduling Conference in the above-captioned action;

NOW THEREFORE, IT IS HEREBY ORDERED that a Rule 11 Hearing will be held on **Wednesday, August 6, 2008 at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

IT IS FURTHER ORDERED that Sentencing in this matter has been scheduled for **August 6, 2008** immediately following the Rule 11 Hearing. If counsel requires more than thirty (30) minutes for the hearing, counsel shall notify the Court immediately.

July 17, 2008
DATE

UNITED STATES DISTRICT JUDGE