IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-119 JJF |
| HECTOR CISNEROS, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court had scheduled for August 13, 2008, the above-captioned case for a Rule 11 hearing with Sentencing to follow;

WHEREAS, the court appointed interpreter failed to appear;

NOW THEREFORE, IT IS HEREBY ORDERED that a Rule 11 Hearing will be held on **Wednesday, October 8, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

IT IS FURTHER ORDERED that Sentencing in this matter has been scheduled for **October 8, 2008** immediately following the Rule 11 Hearing. The time between August 13, 2008, and October 8, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

August 28, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE